IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

EUGENE BOYD                                                                                           PLAINTIFF

V.                                         2:07CV00033-JFF

MICHEAL J. ASTRUE,                                                                              DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is reversed and this matter is remanded to the Commissioner for further proceedings. This is a "sentence four" remand.

I IS SO ORDERED.

DATED this 21st day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE