**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

EUGENE BOYD                                                                    PLAINTIFF

v.                                                    2:07CV00033 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                  DEFENDANT

**ORDER**

Pending before the Court is Plaintiff's Motion for an Award of Attorney's Fees and Other

Expenses Under the Provisions of the Equal Access to Justice Act ("EAJA"), along with a

Memorandum in Support (docket entries #15 and #16). Defendant has filed a Response (docket

entry #18), Plaintiff has filed a Reply to Defendant's Response (docket entry #19), and Defendant

has filed an Amended Response (docket entry #20). For the reasons set forth herein, the Motion will

be granted.

On March 2, 2007, Plaintiff filed this action challenging the decision of an Administrative

Law Judge ("ALJ") denying him social security benefits (docket entry #2). On March 21, 2008, the

Court entered a Memorandum and Order and a Judgment (docket entries #12 and #13) remanding

the case to the ALJ pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan,* 501

U.S. 89 (1991).

On May 22, 2008, Plaintiff's attorney, Mr. Anthony W. Bartels, filed a Motion for an Award

of Attorney's Fees and Other Expenses Under the Provisions of the EAJA. In this Motion,

Mr. Bartels seeks payment for 16.80 hours of work performed by an attorney, 4.45 hours of work

performed by a paralegal, and reimbursement for $13.95 in expenses.  Pursuant to an agreement between The Bartels Law Firm and the Office of General Counsel of the Social Security Administration (docket entry #16, attachment), Mr. Bartels seeks payment for attorney time as follows:  16.8 hours of work performed during 2007 and 2008 at the adjusted hourly rate of $167.00.  Mr. Bartels seeks payment for 4.45 hours of paralegal time at the rate of $75 an hour and $13.95 in expenses.  Defendant does not object to the requested amounts for attorney's fees and expenses.[1]

Under these circumstances, the Court concludes that Plaintiff is entitled to an award of fees and expenses under the EAJA, and that the amount requested by Plaintiff's attorney is reasonable.  Accordingly, Plaintiff's attorney shall receive a total award of $3,153.30 which includes:  (1) 16.80 hours of attorney time at the rate of $167.00 per hour ($2,805.60); (2) 4.45 hours of paralegal time at the rate of $75.00 per hour ($333.75); and (4) $13.95 in expenses.

IT IS THEREFORE ORDERED that Plaintiff's Motion for an Award of Attorney's Fees Pursuant to the Equal Access to Justice Act (docket entry #15) is hereby GRANTED.

IT IS FURTHER ORDERED that the Commissioner shall certify and pay to Mr. Anthony W. Bartels, attorney for Plaintiff, $3,153.30, which has been awarded as fees and expenses pursuant to the EAJA.

DATED this 6th day of June, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]In his Response, the Commissioner has no objection to the requested amount of attorney's fees and expenses "as long as they are payable to Plaintiff as the prevailing party."  (Docket entry #18.)  In an Amended Response, the Commissioner withdrew his objection to payment directly to Plaintiff's counsel, noting that this legal issue is currently pending in a case before the Eighth Circuit Court of Appeals.  (Docket entry #20.)